UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Ferreira Vargas
      v.                               CASE NUMBER: 98-1204 (HL)
Puerto Rican-American Insurance Co.

| MOTION | ORDER |
|---|---|
| Date Filed: 9.3.99   Docket # 29<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Request to withdraw Bill of costs | Granted. The request for costs is hereby declared moot. |

| MOTION | ORDER |
|---|---|
| Date Filed: 7.1.99   Docket # 26<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Bill of costs | Moot. See the above order. |

                                     (fr) HECTOR M. LAFFITTE
Date                                 Chief U.S. District Judge

c: M. Gonzalez
   Manzano

SEP - 3 1999

Rec'd:       EOD:
SEP - 3 1999
By: